Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Texas, Houston Division

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Compression Generation Services, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  4 5 – 3 1 4 1 1 8 3

**4. Debtor's address**

**Principal place of business**

14440 Smith Road
Number    Street

Humble, TX 77396
City                State    ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

Number       Street

P.O. Box

City                State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number       Street

City                State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
___ 2 2 1 ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                     MM / DD / YYYY

        District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                       MM / DD / YYYY

        Case number, if known _____

Debtor   Compression Generation Services, LLC       Case number (if known)
         Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the propery?** _____
Number       Street

_____

_____                 _____
City                                             State

_____
ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 25,001-50,000
☑ 100-199   ☐ 200-999   ☐ 5,001-10,000   ☐ 50,000-100,000
          ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion
☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/03/2019
       MM/ DD/ YYYY

**X**    /s/ John Peter Pauk              John Peter Pauk
Signature of authorized representative of debtor        Printed name

Title    President

**18. Signature of attorney**

**X**    /s/ Jessica Hoff      Date   07/03/2019
Signature of attorney for debtor            MM/ DD/ YYYY

Jessica Hoff
Printed name

Hoff Law Offices, P.C.
Firm name

1322 Space Park Drive
Number      Street

Houston                  TX       77058
City                         State       ZIP Code

                               jhoff@hofflawoffices.com
Contact phone                          Email address

24093963                             TX
Bar number                            State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

[Caption as in Form 416B]

**Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is
   .

2. The following financial data is the latest available information and refers to the debtor's condition on                    .

   a. Total assets                                                                    $0.00
   b. Total debts (including debts listed in 2.c., below)                            $24,010,585.98
   c. Debt securities held by more than 500 holders

                                                                                Approximate
                                                                                number of
                                                                                holders:

   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   d. Number of shares of preferred stock                                              0
   e. Number of shares common stock                                                    0

   Comments, if any:

3. Brief description of debtor's business        Power Generation and Gas Compression

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Fill in this information to identify the case:

Debtor name _____Compression Generation Services, LLC_____

United States Bankruptcy Court for the:

_____Southern District of Texas, Houston Division_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/03/2019_____
      MM/  DD/  YYYY

**X** _____/s/ John Peter Pauk_____
Signature of individual signing on behalf of debtor

John Peter Pauk_____
Printed name

President_____
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name _____ Compression Generation Services, LLC _____

United States Bankruptcy Court for the:

_____ Southern District of Texas, Houston Division _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Ally Finacial<br><br>**Creditor's mailing address**<br>PO Box 9001948<br>Louisville, KY 40290-1948<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Do multiple creditors have an interest in the same property?**<br>☑ No.<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Describe the lien**<br>_____<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes.<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $73,553.00 | $0.00 |
| **2.2** **Creditor's name**<br>Capacity Funding LLC<br><br>**Creditor's mailing address**<br>7 Renaissance Square 5th Floor<br>White Plains, NY 10601<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Do multiple creditors have an interest in the same property?**<br>☑ No.<br>☐ Yes. Have you already specified the relative priority? | **Describe debtor's property that is subject to a lien**<br>**Describe the lien**<br>_____<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes.<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,020,137.00 | $0.00 |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                    $18,836,198.00

Debtor    Compression Generation Services, LLC

Name

Case number (if known)

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

| | | | *Column A* | *Column B* |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.3**    **Creditor's name**

Cool Cow

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

Column A: $175,000.00     Column B: $0.00

**Creditor's mailing address**

28439 Champions Ridge

Magnolia, TX 77354

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

---

**2.4**    **Creditor's name**

Farnam Street Financial

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

Column A: $1,339,004.00     Column B: $0.00

**Creditor's mailing address**

240 Pondview Plaza

5850 Opus Parkway

Hopkins, MN 55343

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

Debtor    Compression Generation Services LLC      Case number (if known)
      Name

| Part 1: | **Additional Page** | | *Column A* | *Column B* |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the<br>value of collateral. | **Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5**   **Creditor's name**

FlowCapital/Grenville

**Creditor's mailing address**

1 Adelaide Street East Suite 3002

Toronto, Ontario, Canada ON M5C 2V9,

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $8,648,279.00    Value of collateral: $0.00

---

**2.6**   **Creditor's name**

IAH/AIM Corporate

**Creditor's mailing address**

27523 Morton Rd

Katy, TX 77493

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $340,000.00    Value of collateral: $0.00

---

Debtor    Compression Generation Services, LLC                 Case number (if known)
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.7**

| | | |
|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $327,500.00  $0.00 |
| Industrial Supply/Dissolvalloy | | |

**Describe the lien** _____

**Creditor's mailing address**

21750 E Martin Drive

Porter, TX 77365

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

---

**2.8**

| | | |
|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $3,027,220.00  $0.00 |
| IRS | | |

**Describe the lien** _____

**Creditor's mailing address**

_____

Ogden, UT

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

Debtor     Compression Generation Services, LLC         Case number *(if known)*
         Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.9** **Creditor's name**

Kabbage

**Creditor's mailing address**

PO Box 77081

Atlanta, GA 30357

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$28,355.00     $0.00

---

**2.10** **Creditor's name**

King Hardy

**Creditor's mailing address**

90 Wilson Rd

Humble, TX 77338

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,000.00     $0.00

---

Debtor    Compression Generation Services, LLC          Case number (if known)
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral** |
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | Do not deduct the value of collateral. | that supports this claim |

**2.11** Creditor's name

Queen Funding LLC

**Creditor's mailing address**

2221 NE 164 St 1144

North Miami Beach, FL 33160

**Creditor's email address, if known**

Date debt was incurred _____

Last 4 digits of account
number        __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

Describe debtor's property that is subject to a lien

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$148,000.00          $0.00

**2.12** Creditor's name

React Power Solutions, LLC

**Creditor's mailing address**

5121 Hilton view Rd

Houston, TX 77086

**Creditor's email address, if known**

Date debt was incurred _____

Last 4 digits of account
number        __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

Describe debtor's property that is subject to a lien

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$210,000.00          $0.00

Debtor    Compression Generation Services, LLC      Case number *(if known)*
     Name

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.13**

**Creditor's name**

Ven Holdings LLC

**Creditor's mailing address**

3371 North Sam Houston Pkwy

Houston, TX 77038

**Creditor's email address, if known**

Date debt was incurred _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$474,150.00      $0.00

Debtor    Compression Generation Services, LLC      Case number *(if known)*

Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Stinson Leonard Street LLP<br>50 South Sixth Street Suite 2600<br>Minneapolis, MN 55402 | Line _2.4_ | ___ ___ ___ ___ |
| Shackleford, Bowen, McKinley & Norton, LLP<br>9201 N. Central Expressway 4th Floor<br>Dallas, TX 75231 | Line _2.5_ | ___ ___ ___ ___ |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Line _2.8_ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name _____Compression Generation Services, LLC_____

United States Bankruptcy Court for the:

_____Southern District of Texas, Houston Division_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2** | **Priority creditor's name and mailing address**<br>Comptroler of Public Accounts<br>P O Box 149354<br>Austin, TX 78714-9354<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account<br>number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $29,152.95 | unknown |
| **2.1** | **Priority creditor's name and mailing address**<br>Hoff Law Offices, P.C.<br>1322 Space Park Drive B-128<br>Houston, TX 77058<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account<br>number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.00 | $0.00 |

Debtor  **Compression Generation Services, LLC**
Name

Case number *(if known)*

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

3D Network Solutions

P O Box 821113

Humble, TX 77396

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$730.47

---

**3.2** Nonpriority creditor's name and mailing address

A.M.M.R. S-Advanced Machine

1441 Luthe Road 106

Houston, TX 77039

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,291.31

---

**3.3** Nonpriority creditor's name and mailing address

AC ARS OPER

P O BOX 2634

Cypress, TX 77410

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,300.00

---

**3.4** Nonpriority creditor's name and mailing address

Accutrol Exterminating

11842 Plum Meadow Lane

Houston, TX 77039

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$124.49

---

**3.5** Nonpriority creditor's name and mailing address

ACI Services

125 Steubenville Avenue

Cambridge, OH 43725

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$21,789.17

---

Debtor **Compression Generation Services, LLC**
Name

Case number (*if known*)

---

| **Part 2:** | Additional Page |

---

**3.6** | Nonpriority creditor's name and mailing address
Action Supply

5513 Noments

Houston, TX 77039

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,456.95

---

**3.7** | Nonpriority creditor's name and mailing address
Alfa Laval

5400 International Trade Drive

Henrico, VA 23231

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,155.89

---

**3.8** | Nonpriority creditor's name and mailing address
American Welding & Gas Inc.

9

4900 Falls of Neuse Rd. Suite 150

Raleigh, NC 27609

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,122.79

---

**3.9** | Nonpriority creditor's name and mailing address
Ample Comp

1929 - 65 Street NW

,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,097.62

---

**3.10** | Nonpriority creditor's name and mailing address
Apache Oil

P O Box 177

Pasadena, TX 77501

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,403.92

---

Debtor    **Compression Generation Services, LLC**                    Case number *(if known)*
          Name

---

| **Part 2:** | Additional Page |

---

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,865.93 |
| | Applied In | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 10633 W. Little York 250 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Houston, TX 77041 | | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred   _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,560.48 |
| | Archrock Services | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 9807 Katy Freeway Suite 100 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Houston, TX 77024 | | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred   _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $424.33 |
| | ASC Air St | *Check all that apply.* | |
| | | ☐ Contingent | |
| | P O BOX 986 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Stafford, TX 77497 | | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred   _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,287.58 |
| | Aubaine Supply | *Check all that apply.* | |
| | | ☐ Contingent | |
| | PO Box 727 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Giddings, TX 78942 | | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred   _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| **3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.88 |
| | Banner Life Insurance Company | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 3275 Bennett Creek Avenue | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Frederick, MD 21704 | | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred   _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number  __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

---

Debtor   **Compression Generation Services, LLC**
Name

Case number *(if known)*

---

**Part 2:**   Additional Page

---

**3.15**   Nonpriority creditor's name and mailing address
Bayou City

P O Box 330264

Houston, TX

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$144.72

---

**3.16**   Nonpriority creditor's name and mailing address
Best Line

2582 Gateway Drive

State College, PA 16801

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,062.97

---

**3.17**   Nonpriority creditor's name and mailing address
BK Power S

6812 Bourgeios Blvd.

Houston, TX 77011

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$25,861.07

---

**3.18**   Nonpriority creditor's name and mailing address
Blackhawk Crane & Rig

P O Box 662

Gillette, WY 82717

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$24,558.66

---

**3.19**   Nonpriority creditor's name and mailing address
Blue Cross Blue Shield of Texas

14800 Frye Road 2nd Floor

Fort Worth, TX 76155

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$40,617.48

---

Debtor   **Compression Generation Services, LLC**
Name

Case number (*if known*)

**Part 2:**   Additional Page

---

**3.20**   Nonpriority creditor's name and mailing address
Blueline Rental

P O Box 840062

Dallas, TX 75284

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,355.87

---

**3.21**   Nonpriority creditor's name and mailing address
Bosworth Investment Group

P O Box 52154

Midland, TX 79710

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,465.00

---

**3.22**   Nonpriority creditor's name and mailing address
Boxx Modul

3475 High River Road

Fort Worth, TX 76155

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,808.45

---

**3.23**   Nonpriority creditor's name and mailing address
Burford, Sheryl A.

11714 Idlebrook Drive

Houston, TX 77070

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$36,703.75

---

**3.24**   Nonpriority creditor's name and mailing address
Cam Process Tech

11757 Katy Freeway Suite 1120

Houston, TX 77079

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$33,876.00

---

Debtor   **Compression Generation Services, LLC**
         Name

         Case number *(if known)*

---

| **Part 2:** | Additional Page |

---

| **3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,405.50 |
|---|---|---|---|
| | **Cannonball Trucking** | ☐ Contingent | |
| | P O Box 262523 | ☐ Unliquidated | |
| | Houston, TX 77207 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| **3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $7,596.00 |
|---|---|---|---|
| | **CDR Strainers & Filters** | ☐ Contingent | |
| | 279 Oil Field Road | ☐ Unliquidated | |
| | Bellville, TX 77418 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| **3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,500.00 |
|---|---|---|---|
| | **Central Power Systems** | ☐ Contingent | |
| | 9200 Liberty Drive | ☐ Unliquidated | |
| | Liberty, MO 64068 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| **3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $9,045.16 |
|---|---|---|---|
| | **Champion Fastener & Industrial** | ☑ Contingent | |
| | 10624 Tower Oaks Blvd. | ☐ Unliquidated | |
| | Houston, TX 77070 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $7,035.82 |
|---|---|---|---|
| | **Cintas** | ☐ Contingent | |
| | P O Box 650838 | ☐ Unliquidated | |
| | Dallas, TX 75265-0838 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

Debtor    **Compression Generation Services, LLC**
Name

Case number *(if known)*

---

| Part 2: | Additional Page |

---

| **3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57,222.33 |
|---|---|---|---|

Compass Compression

16135 Preston Road 304

Dallas, TX 75248

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address    $1,209.00

CPI Intern

4323 Green Briar Drive

Stafford, TX 77477

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address    $18,875.00

Crane Masters Inc

P O B0X 1147

Houston, TX 77093

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.33** Nonpriority creditor's name and mailing address    $4,520.00

Crane Rental Division

5902 Allison Road

Houston, TX 77048

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address    $30,737.11

CSI Compression

24955 I-45 North

Spring, TX 77380

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:**   Additional Page

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,159.00 |
|---|---|---|---|

**3.35**

Nonpriority creditor's name and mailing address

CUATES

817 Columbus Road

Sealy, TX 77474

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$101,159.00

---

**3.36**

Nonpriority creditor's name and mailing address

Cyclone Bolt & Gasket

5246 N. Sam Houston Parkway E,

Houston, TX 77032

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,632.36

---

**3.37**

Nonpriority creditor's name and mailing address

De Lage Landen

P O Box 41602

Philadelphia, PA 19101-1602

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,032.15

---

**3.38**

Nonpriority creditor's name and mailing address

DX Electric

P O Box 140005

Irving, TX 75014

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,837.67

---

**3.39**

Nonpriority creditor's name and mailing address

Elliott Electric

1550 Wilson Rd.

Humble, TX 77338

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,601.36

Debtor  **Compression Generation Services, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,940.00 |

**3.40** Nonpriority creditor's name and mailing address
Enginuitey

P O Box 420

Livingston, TX 77351

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,940.00

---

**3.41** Nonpriority creditor's name and mailing address
English, Ernie

8710 Wyndham Village Dr

Jersey Vlg, TX 77040-1144

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,156.28

---

**3.42** Nonpriority creditor's name and mailing address
ERS Rental

4318 Bluebonnet Drive

Houston, TX 77053

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$49,684.60

---

**3.43** Nonpriority creditor's name and mailing address
Exterran

P O Box 201160

Dallas, TX 75320

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,560.48

---

**3.44** Nonpriority creditor's name and mailing address
Farnam Street Financial

5850 Opus Parkway

Hopkins, MN 55343

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$702,997.84

---

Debtor   **Compression Generation Services, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

| **3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,590.00 |
|---|---|---|---|

**3.45** Nonpriority creditor's name and mailing address
FW Gartner

25 Southbelt Industrial Drive

Houston, TX 77047

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,590.00

---

**3.46** Nonpriority creditor's name and mailing address
FW Murphy/Econtrols

4646 S. Harvard Avenue

Tulsa, OK 74135

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$32,254.29

---

**3.47** Nonpriority creditor's name and mailing address
G & A Fabr

6200 E. Hwy 80

Midland, TX 79706

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$13,551.00

---

**3.48** Nonpriority creditor's name and mailing address
Geophysical Technology Inc

800 Mulberry Ln

Bellaire, TX 77401

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$44,433.77

---

**3.49** Nonpriority creditor's name and mailing address
Global Compression Partners LLC

P O Box 12486

San Antonio, TX 78212

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,000.00

---

Debtor   **Compression Generation Services, LLC**
Name

Case number *(if known)*

---

**Part 2:**   Additional Page

---

| 3.50 | **Nonpriority creditor's name and mailing address**<br>Global HEA<br><br>14446 Smith Road<br><br>Humble, TX 77396<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $176,992.56 |
|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address**<br>Global Power/Utah Gas<br><br>1415 N. Loop W. Suite 1250<br><br>Houston, TX 77008<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $391,800.00 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>Graybar<br><br>12753 Collections Center Drive<br><br>Chicago, IL 60693-2753<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,956.70 |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>Guntner<br><br>110 W. Hillcrest Blvd. 105<br><br>Schaumburg, IL 60195<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39,294.00 |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>Harris County Tax Assessor<br><br>1001 Preston<br><br>Houston, TX 77002<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59,924.66 |

Debtor  **Compression Generation Services, LLC**                    Case number *(if known)*
         Name

---

| **Part 2:** | Additional Page |

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,124.27
Hi Tork PO | *Check all that apply.*

1330 Shrub Oak | ☐ Contingent
☐ Unliquidated
League City, TX 77573 | ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____ | Is the claim subject to offset?
☑ No
Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $177,490.67
Higginbotham Insurance Agency | *Check all that apply.*

500 W.13th Street | ☐ Contingent
☐ Unliquidated
Fort Worth, TX 76101 | ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____ | Is the claim subject to offset?
☑ No
Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55,991.41
HISD/County | *Check all that apply.*

Humble ISD | ☐ Contingent
☐ Unliquidated
P O Box 4020 | ☐ Disputed

Houston, TX 77210 | Basis for the claim: _____

Date or dates debt was incurred _____ | Is the claim subject to offset?
☑ No
Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,511.00
Holcomb Environmental | *Check all that apply.*

4311 RV Mayfield Drive | ☐ Contingent
☐ Unliquidated
Houston, TX 77088 | ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____ | Is the claim subject to offset?
☑ No
Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,470.25
Houston Inspection Services | *Check all that apply.*

14403 East Freeway A | ☐ Contingent
☐ Unliquidated
Houston, TX 77015 | ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____ | Is the claim subject to offset?
☑ No
Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes

---

Debtor  **Compression Generation Services, LLC**                          Case number *(if known)*
        Name

---

| **Part 2:** | Additional Page |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,572.29
| Houston WE | *Check all that apply.* |
| | ☐ Contingent |
| 11001 Wallisville Road | ☐ Unliquidated |
| | ☐ Disputed |
| Houston, TX 77013 | |
| | Basis for the claim: _____ |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,236.07
| Humble ISD | *Check all that apply.* |
| | ☐ Contingent |
| P O Box 4020 | ☐ Unliquidated |
| | ☐ Disputed |
| Houston, TX 77210 | |
| | Basis for the claim: _____ |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,170.00
| HYTORC of Texas | *Check all that apply.* |
| | ☐ Contingent |
| 12420 Texaco Road | ☐ Unliquidated |
| | ☐ Disputed |
| Houston, TX 77013 | |
| | Basis for the claim: _____ |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,412.95
| ICS-Innovative Control System | *Check all that apply.* |
| | ☐ Contingent |
| 1500 Precision Drive Suite 150 | ☐ Unliquidated |
| | ☐ Disputed |
| Plano, TX 75074 | |
| | Basis for the claim: _____ |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,890.57
| IND Compressor Services | *Check all that apply.* |
| | ☐ Contingent |
| 1314 W. Sam Houston Parkway North | ☐ Unliquidated |
| | ☐ Disputed |
| Houston, TX 77043 | |
| | Basis for the claim: _____ |
| Date or dates debt was incurred  _____ | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

---

Debtor   **Compression Generation Services, LLC**
Name

Case number (*if known*)

---

| **Part 2:** | Additional Page |

---

**3.65** | Nonpriority creditor's name and mailing address
Infratel Communications

P O Box 91003

Houston, TX 77291

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,786.18

---

**3.66** | Nonpriority creditor's name and mailing address
IPD

P O Box 3008

Los Angeles, CA 90030

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,000.00

---

**3.67** | Nonpriority creditor's name and mailing address
Jetspecia

211 Market

Boerne, TX 78006

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,403.92

---

**3.68** | Nonpriority creditor's name and mailing address
KUTEK ROCK LLPLP

P O Box 30057

Omaha, NE 68103

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,634.34

---

**3.69** | Nonpriority creditor's name and mailing address
LA Energy

P O Box 9897

New Iberia, LA 70562

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,752.51

---

Debtor     **Compression Generation Services, LLC**                    Case number *(if known)*
           Name

---

**Part 2:**  Additional Page

| | |
|---|---|

**3.70** Nonpriority creditor's name and mailing address

Litt Logistics

P O Box 1106

Huffman, TX 77336-1106

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,800.00

---

**3.71** Nonpriority creditor's name and mailing address

Loaded DIC

P O Box 13627

Odessa, TX 79768

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,296.43

---

**3.72** Nonpriority creditor's name and mailing address

M & J Valve

P O Box 3307

Lafayette, LA 70502

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$120,505.33

---

**3.73** Nonpriority creditor's name and mailing address

M & P Flange

9426 Katy Freeway Bldg 11

Houston, TX 77055

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$615.09

---

**3.74** Nonpriority creditor's name and mailing address

Millcorp Industrial Supply

P O Box 10266

Corpus Christi, TX 78409

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,853.69

---

Debtor  **Compression Generation Services, LLC**
Name

Case number (*if known*)

---

**Part 2:** Additional Page

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,086.00
| Miller Engineers | *Check all that apply.* |
| | ☐ Contingent |
| 7705 E. Highway 90 | ☐ Unliquidated |
| Jeanerette, LA 70544 | ☐ Disputed |
| | Basis for the claim: _____ |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,165.01
| Mitrowski Welding | *Check all that apply.* |
| | ☐ Contingent |
| 1315 College Avenue | ☐ Unliquidated |
| South Houston, TX 77587 | ☐ Disputed |
| | Basis for the claim: _____ |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,758.05
| MP Security | *Check all that apply.* |
| | ☐ Contingent |
| 1102 Houston Street | ☐ Unliquidated |
| Conroe, TX 77301 | ☐ Disputed |
| | Basis for the claim: _____ |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,102.60
| MSI Supply | *Check all that apply.* |
| | ☐ Contingent |
| 108 Hirsch Road | ☐ Unliquidated |
| Houston, TX 77020 | ☐ Disputed |
| | Basis for the claim: _____ |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,876.35
| Mustang CA | *Check all that apply.* |
| | ☐ Contingent |
| P O Box 1373 | ☐ Unliquidated |
| Houston, TX 77251-1373 | ☐ Disputed |
| | Basis for the claim: _____ |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

| **Part 2:** | Additional Page |
|---|---|

**3.80** Nonpriority creditor's name and mailing address

NFR Global, LLC

8871 Ridgeline Blvd. Suite 250

Littleton, CO 80129

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$82,324.58

---

**3.81** Nonpriority creditor's name and mailing address

Norris, Matt

15715 Ladino Run Street

Cypress, TX 77429

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

$28,170.32

---

**3.82** Nonpriority creditor's name and mailing address

North Houston Valve

27228 E. Hardy Road

Spring, TX 77373

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$44,741.74

---

**3.83** Nonpriority creditor's name and mailing address

Northside Welding

13322 Hillside Drive

Houston, TX 77030

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,292.27

---

**3.84** Nonpriority creditor's name and mailing address

OW Excel Oildfield Equipment

13227 Chrisman Rd

Houston, TX 77039-4121

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,500.00

Debtor **Compression Generation Services, LLC**
Name

Case number *(if known)*

---

| **Part 2:** | Additional Page |

---

**3.85** | Nonpriority creditor's name and mailing address
Peerless Dynamics

1802 Cloud Croft Drive

Friendswood, TX 77546

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$13,600.00

---

**3** | Nonpriority creditor's name and mailing address
Pena, Jeff

1255 North Eddie

Odessa, TX 79763

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,537.95

---

**3.87** | Nonpriority creditor's name and mailing address
Petronyx

3501 N. Causeway Blvd. Suite 210

Metairie, LA 70002

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,300.00

---

**3.88** | Nonpriority creditor's name and mailing address
Phoenix Mechanical Integrity

P O BOX 645

Dover, TN 37058

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$854.50

---

**3.89** | Nonpriority creditor's name and mailing address
Power Solutions

201 Mittel Drive

Wood Dale, IL 60191

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,050.43

---

Debtor    **Compression Generation Services, LLC**

Name

Case number *(if known)*

## Part 2:    Additional Page

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,833.45 |
|---|---|---|---|

**3.90**

Nonpriority creditor's name and mailing address

Powershift Generation

35 Charlton Avenue

Blackfalds Alberta, Canada,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$14,833.45

---

**3.91**

Nonpriority creditor's name and mailing address

Powertherm

7420 Wright Road

Houston, TX 77041

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,635.25

---

**3.92**

Nonpriority creditor's name and mailing address

Praxair

6620 Fairbanks N. Houston Road

Houston, TX 77040

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,226.50

---

**3.93**

Nonpriority creditor's name and mailing address

Principal Life Insurance Company

P O Box 10372

Des Moines, IA 50306

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$90,650.46

---

**3.94**

Nonpriority creditor's name and mailing address

Puffer Sweiven

P O B0x 301124

Dallas, TX 75303-1124

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,111.00

Debtor **Compression Generation Services, LLC**
Name

Case number *(if known)*

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.95** Nonpriority creditor's name and mailing address

Pyron Expr

2712 Roger Avenue

Odessa, TX 79762

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$400.00

---

**3.96** Nonpriority creditor's name and mailing address

Queen Funding LLC

2221 NE 164 St 1144

North Miami Beach, FL 33160

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$148,000.00

---

**3.97** Nonpriority creditor's name and mailing address

Quest -Tec

13960 S. Wayside Drive

Houston, TX 77048

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,294.70

---

**3.98** Nonpriority creditor's name and mailing address

RED-D-ARC welding

1817 Federal Road

Houston, TX 77015

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,768.05

---

**3.99** Nonpriority creditor's name and mailing address

Richard P. Brown

1911 Mossback Circle

Fresno, TX 77545

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,222.02

---

Debtor **Compression Generation Services, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,636.14 |
|---|---|---|---|
| | ROC - HOUSTON | ☐ Contingent | |
| | 1200 Binz Suite 101 | ☐ Unliquidated | |
| | Houston, TX 77004 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,124.60 |
|---|---|---|---|
| | Rogers Equipment Sales | ☐ Contingent | |
| | 690 Sawmill Road | ☐ Unliquidated | |
| | Durango, CO 81301 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850.00 |
|---|---|---|---|
| | Rogue Waste Recovery & Environmental | ☐ Contingent | |
| | P O Box 258 | ☐ Unliquidated | |
| | Conroe, TX 77305 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112,132.63 |
|---|---|---|---|
| | RSD Supply | ☐ Contingent | |
| | 13225 FM 529 Suite N | ☐ Unliquidated | |
| | Houston, TX 77041 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,037.92 |
|---|---|---|---|
| | S I Energy | ☐ Contingent | |
| | 666 Goddard Avenue NE | ☐ Unliquidated | |
| | Calgary, Alberta, Canada T2K 5X3, | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

Debtor  **Compression Generation Services, LLC**                                      Case number (*if known*)
            Name

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,280.00
| Santini Ex | *Check all that apply.* |
| | ☐ Contingent |
| P O Box 15275 | ☐ Unliquidated |
| | ☐ Disputed |
| Houston, TX 77220 | |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,850.00
| Select Environmental | *Check all that apply.* |
| | ☐ Contingent |
| P O Box 732711 | ☐ Unliquidated |
| | ☐ Disputed |
| Dallas, TX 75373 | |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,007.72
| Service Steel | *Check all that apply.* |
| | ☐ Contingent |
| P O Box 9607 | ☐ Unliquidated |
| | ☐ Disputed |
| Houston, TX 77213 | |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,017.07
| Sherwin Williams | *Check all that apply.* |
| | ☐ Contingent |
| 3103 A FM 1960 W. | ☐ Unliquidated |
| | ☐ Disputed |
| Humble, TX 77338 | |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $125,249.93
| Smith Road Lot 6, LP | *Check all that apply.* |
| | ☐ Contingent |
| 7720 Westview Drive | ☐ Unliquidated |
| | ☐ Disputed |
| Houston, TX 77055-5029 | |
| | **Basis for the claim:** _____ |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** |
| | ☑ No |
| **Last 4 digits of account number** __ __ __ __ | ☐ Yes |

---

Debtor    **Compression Generation Services, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

| 3.110 | **Nonpriority creditor's name and mailing address**<br>Southern Transport<br><br>P O Box 1550<br><br>Kilgore, TX 75663<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $128,500.00 |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address**<br>Spitz, Bill<br><br>11530 Brittmore Park Drive<br><br>Houston, TX 77041<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,129.83 |
| 3.112 | **Nonpriority creditor's name and mailing address**<br>Spring Gas<br><br>9337 Spring Cypress Road<br><br>Houston, TX 77073<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $28,572.26 |
| 3.113 | **Nonpriority creditor's name and mailing address**<br>Spring Gas Compression<br><br>9337 Spring Cypress Rd. Suite A<br><br>Spring, TX 77379<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $37,158.55 |
| 3.114 | **Nonpriority creditor's name and mailing address**<br>SST Security Transport<br><br>14601 S. Memorial Drive<br><br>Bixby, OK 74008<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $145,500.00 |

**Part 2:**   Additional Page

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,624.70 |
|---|---|---|---|

**3.115**

Nonpriority creditor's name and mailing address

ST South T

P O Box 7616

Victoria, TX 77903

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,624.70

---

**3.116**

Nonpriority creditor's name and mailing address

Steel Supply

10600 Telephone Road

Houston, TX 77075

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$30,274.91

---

**3.117**

Nonpriority creditor's name and mailing address

Stone Trucking

P O Box 700

Kiefer, OK 74041

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$1,500.00

---

**3.118**

Nonpriority creditor's name and mailing address

Stuart Hos

4851 Homestead Road

Houston, TX 77028

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$13,950.07

---

**3.119**

Nonpriority creditor's name and mailing address

Sullivan, Mike

P O Box 4622

Houston, TX 77210

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$22,436.70

Debtor   **Compression Generation Services, LLC**
         Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,404.92 |
|---|---|---|---|

**3.120** Nonpriority creditor's name and mailing address
Sunbelt Rental

P O Box 409211

Atlanta, GA 30384

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,404.92

---

**3.121** Nonpriority creditor's name and mailing address
Sundance F

P O Box 2495

Spring, TX 77383

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,017.54

---

**3.122** Nonpriority creditor's name and mailing address
TB Woods

440 N. Fifth Avenue

Chambersburg, PA 17201

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$996.14

---

**3.123** Nonpriority creditor's name and mailing address
TCA Capital

777 Third Avenue Suite 17A

New York, NY 10017

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,000,000.00

---

**3.124** Nonpriority creditor's name and mailing address
Texas Mutal Insurance Company

P O Box 841843

Dallas, TX 75284-1843

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$14,058.35

---

**Part 2:**   Additional Page

| 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,800.00** |
|---|---|---|---|
| | The Eads | *Check all that apply.* | |
| | 13843 Promenade Blvd 100 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Stafford, TX 77477 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** __ __ __ __ | ☑ No   ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$19,900.00** |
|---|---|---|---|
| | The Savino Group | *Check all that apply.* | |
| | 1810 W. 25th Street | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Houston, TX 77008 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** __ __ __ __ | ☑ No   ☐ Yes | |

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,752.13** |
|---|---|---|---|
| | Torc Engineering | *Check all that apply.* | |
| | 3931 N. Garner Lake Road | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Gillette, WY 82716 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** __ __ __ __ | ☑ No   ☐ Yes | |

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,000.00** |
|---|---|---|---|
| | Torres, Joe | *Check all that apply.* | |
| | P O Box 842623 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Houston, TX 77084 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** __ __ __ __ | ☑ No   ☐ Yes | |

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$32,530.00** |
|---|---|---|---|
| | Travelers Insurance | *Check all that apply.* | |
| | P O Box 660317 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Dallas, TX 75266-0317 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** __ __ __ __ | ☑ No   ☐ Yes | |

Debtor   **Compression Generation Services, LLC**                                    Case number *(if known)*
         Name

| **Part 2:** | Additional Page |
|---|---|

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $130,000.00 |
|---|---|---|---|

**3.130**

Nonpriority creditor's name and mailing address

TRF Energy

21315 W. Hardy

Houston, TX 77073

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$130,000.00

---

**3.131**

Nonpriority creditor's name and mailing address

Trio Fab In

6515 Carson Road

Houston, TX 77048

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$65,475.00

---

**3.132**

Nonpriority creditor's name and mailing address

Truespec

14107 Interdrive W.

Houston, TX 77032

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,431.90

---

**3.133**

Nonpriority creditor's name and mailing address

TSC Logist

111 Founders Drive Suite 300

Baton Rouge, LA 70810

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$21,500.00

---

**3.134**

Nonpriority creditor's name and mailing address

United Vis

P O Box 975357

Dallas, TX 75397-5357

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,178.75

Debtor   **Compression Generation Services, LLC**                                    Case number *(if known)*_____
         Name

| **Part 2:** | Additional Page |

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,014.95
UPS Shipping
*Check all that apply.*
☐ Contingent
55 Glenlake Parkway NE
☐ Unliquidated
Atlanta, GA 30328
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
Last 4 digits of account number  __ __ __ __
☐ Yes

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,079.84
UR-United
*Check all that apply.*
☐ Contingent
P O Box 840514
☐ Unliquidated
Dallas, TX 75284-0514
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
Last 4 digits of account number  __ __ __ __
☐ Yes

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.28
USA Industrial
*Check all that apply.*
☐ Contingent
302 State Street
☐ Unliquidated
South Houston, TX 77587
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
Last 4 digits of account number  __ __ __ __
☐ Yes

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,188.89
WEG Electric
*Check all that apply.*
☐ Contingent
6655 Sugarloaf Parkway
☐ Unliquidated
Duluth, GA 30097
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
Last 4 digits of account number  __ __ __ __
☐ Yes

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $524.36
Westair Praxair Distribution, Inc
*Check all that apply.*
☐ Contingent
P O BOX 120889
☐ Unliquidated
Dallas, TX 75312-0889
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
Last 4 digits of account number  __ __ __ __
☐ Yes

Debtor   **Compression Generation Services, LLC**
         Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---------|-----------------|

| **3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,937.50 |
|---|---|---|---|

**3.140** Nonpriority creditor's name and mailing address

WF Steel

P O Box 670563

White Oak, TX 75693

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $21,937.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141** Nonpriority creditor's name and mailing address

White Oak Radiator

P O Box 606

White Oak, TX 75693

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $9,658.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142** Nonpriority creditor's name and mailing address

Who The Greeks Call, LLC

P O Box 80933

Midland, TX 79708

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $5,044.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Compression Generation Services, LLC | | Case number (if known) |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4.**   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Freedman & Price, P.C.<br>1102 West Avenue Suite 200<br>Austin, TX 78701 | Line **3.5**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.2 | The Yoes Law , LLP<br>3535 Calder Avenue Suite 235<br>Beaumont, TX 77726 | Line **3.17**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.3 | Crowley Fleck PLLP<br>10 West Brundage Street<br>Sheridan, WY 82801 | Line **3.18**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.4 | Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P.<br>8131 LBJ Freeway Suite 700<br>Dallas, TX 75251 | Line **3.39**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.5 | Small Claims Court<br>Precinct 3, Place 2<br>Baytown, TX 77521 | Line **3.70**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.6 | Thomas M. Long, P.C.<br>412 Travis Street Suite C<br>Lafayette, LA 70503 | Line **3.72**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.7 | Adair, Morris & Osborn<br>325 N. St. Paul St. Suite 4100<br>Dallas, TX 75201 | Line **3.108**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.8 | Schoeppl Law, P.A.<br>4651 North Federal Highway<br>Boca Raton, FL 33431 | Line **3.123**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.9 | Snow Spence Green, LLP<br>2929 Allen Parkway Suite 2800<br>Houston, TX 77019 | Line **3.51**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.10 | JGB Law<br>3262 Westheimer Suite 651<br>Houston, TX 77098 | Line **3.113**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.11 | Anderson, Lehrman, Barre & Maraist, LLP<br>Gaslight Square<br>1001 Third St. Suite 1<br>Corpus Christi, TX 78404 | Line **3.12**<br>☐ Not listed. Explain | ___ ___ ___ ___ |

| Debtor | **Compression Generation Services, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 3:**  Additional Page

| 4.12 | **Perdue, Brandon, Fielder, Collins & Mott, L.L.P.** | Line **3.57** |
|---|---|---|
| | **1235 North Loop West Suite 600** | ☐ Not listed. Explain _____ |
| | **Houston, TX 77008** | |

| 4.13 | **Justice of the Peace** | Line **3** |
|---|---|---|
| | **300 N. Grant Room 208** | ☐ Not listed. Explain _____ |
| | **Odessa, TX 79761** | |

Debtor  **Compression Generation Services, LLC**        Case number *(if known)*
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $29,152.95 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $5,265,740.36 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $5,294,893.31 |

B2030 (Form 2030)(12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**

Compression Generation Services, LLC

**Debtor(s)**

Case No. _____

Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . | $25,000.00 |
| Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . | $25,000.00 |
| Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $0.00 |

2.  The source of the compensation to be paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☐  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☑  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

\*\*\* Debtor is being charged $300.00 an hour, subject to court approval.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

07/03/2019
*Date*

/s/ Jessica Hoff
*Signature of Attorney*

Hoff Law Offices, P.C.
*Name of law firm*

IN THE UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Compression Generation Services, LLC**        CASE NO

                                                        CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____ 07/03/2019 _____     Signature _____ /s/ John Peter Pauk _____
                                                        John Peter Pauk, President

3D Network Solutions
P O Box 821113
Humble, TX 77396

A.M.M.R. S-Advanced
Machine
1441 Luthe Road 106
Houston, TX 77039

AC ARS OPER
P O BOX 2634
Cypress, TX 77410

Accutrol Exterminating
11842 Plum Meadow Lane
Houston, TX 77039

ACI Services
125 Steubenville Avenue
Cambridge, OH 43725

Action Supply
5513 Noments
Houston, TX 77039

Adair, Morris & Osborn
325 N. St. Paul St. Suite 4100
Dallas, TX 75201

Alfa Laval
5400 International Trade Drive
Henrico, VA 23231

Ally Finacial
PO Box 9001948
Louisville, KY 40290-1948

American Welding & Gas Inc.
9
4900 Falls of Neuse Rd. Suite 150
Raleigh, NC 27609

Ample Comp
1929 - 65 Street NW

Anderson, Lehrman, Barre &
Maraist, LLP
Gaslight Square
1001 Third St. Suite 1
Corpus Christi, TX 78404

Apache Oil
P O Box 177
Pasadena, TX 77501

Applied I n
10633 W. Little York 250
Houston, TX 77041

Archrock Services
9807 Katy Freeway Suite 100
Houston, TX 77024

ASC Air St
P O BOX 986
Stafford, TX 77497

**Aubaine Supply**
PO Box 727
Giddings, TX 78942

**Banner Life Insurance Company**
3275 Bennett Creek Avenue
Frederick, MD 21704

**Bayou City**
P O Box 330264
Houston, TX

**Best Line**
2582 Gateway Drive
State College, PA 16801

**BK Power S**
6812 Bourgeios Blvd.
Houston, TX 77011

**Blackhawk Crane & Rig**
P O Box 662
Gillette, WY 82717

**Blue Cross Blue Shield of Texas**
14800 Frye Road 2nd Floor
Fort Worth, TX 76155

**Blueline Rental**
P O Box 840062
Dallas, TX 75284

Bosworth Investment Group
P O Box 52154
Midland, TX 79710

Boxx Modul
3475 High River Road
Fort Worth, TX 76155

Sheryl A. Burford
11714 Idlebrook Drive
Houston, TX 77070

Cam Process Tech
11757 Katy Freeway Suite 1120
Houston, TX 77079

Cannonball Trucking
P O Box 262523
Houston, TX 77207

Capacity Funding LLC
7 Renaissance Square 5th Floor
White Plains, NY 10601

CDR Strainers & Filters
279 Oil Field Road
Bellville, TX 77418

Central Power Systems
9200 Liberty Drive
Liberty, MO 64068

Champion Fastener &
Industrial
10624 Tower Oaks Blvd.
Houston, TX 77070

Cintas
P O Box 650838
Dallas, TX 75265-0838

Compass Compression
16135 Preston Road 304
Dallas, TX 75248

Comptroler of Public
Accounts
P O Box 149354
Austin, TX 78714-9354

Cool Cow
28439 Champions Ridge
Magnolia, TX 77354

CPI Intern
4323 Green Briar Drive
Stafford, TX 77477

Crane Masters Inc
P O B0X 1147
Houston, TX 77093

Crane Rental Division
5902 Allison Road
Houston, TX 77048

Crowley Fleck PLLP
10 West Brundage Street
Sheridan, WY 82801

CSI Compression
24955 I-45 North
Spring, TX 77380

CUATES
817 Columbus Road
Sealy, TX 77474

Cyclone Bolt & Gasket
5246 N. Sam Houston Parkway E,
Houston, TX 77032

De Lage Landen
P O Box 41602
Philadelphia, PA 19101-1602

DX Electric
P O Box 140005
Irving, TX 75014

Elliott Electric
1550 Wilson Rd.
Humble, TX 77338

Enginuitey
P O Box 420
Livingston, TX 77351

Ernie English
8710 Wyndham Village Dr
Jersey Vlg, TX 77040-1144

ERS Rental
4318 Bluebonnet Drive
Houston, TX 77053

Exterran
P O Box 201160
Dallas, TX 75320

Farnam Street Financial
240 Pondview Plaza
5850 Opus Parkway
Hopkins, MN 55343

Farnam Street Financial
5850 Opus Parkway
Hopkins, MN 55343

FlowCapital/Grenville
1 Adelaide Street East Suite 3002
Toronto, Ontario, Canada ON M5C 2V9

Freedman & Price, P.C.
1102 West Avenue Suite 200
Austin, TX 78701

FW Gartner
25 Southbelt Industrial Drive
Houston, TX 77047

FW Murphy/Econtrols
4646 S. Harvard Avenue
Tulsa, OK 74135

G & A Fabr
6200 E. Hwy 80
Midland, TX 79706

Geophysical Technology Inc
800 Mulberry Ln
Bellaire, TX 77401

Global Compression Partners
LLC
P O Box 12486
San Antonio, TX 78212

Global HEA
14446 Smith Road
Humble, TX 77396

Global Power/Utah Gas
1415 N. Loop W. Suite 1250
Houston, TX 77008

Graybar
12753 Collections Center Drive
Chicago, IL 60693-2753

Guntner
110 W. Hillcrest Blvd. 105
Schaumburg, IL 60195

Harris County Tax Assessor
1001 Preston
Houston, TX 77002


Hi Tork PO
1330 Shrub Oak
League City, TX 77573


Higginbotham Insurance
Agency
500 W.13th Street
Fort Worth, TX 76101


HISD/County
Humble ISD
P O Box 4020
Houston, TX 77210


Hoff Law Offices, P.C.
1322 Space Park Drive B-128
Houston, TX 77058


Holcomb Environmental
4311 RV Mayfield Drive
Houston, TX 77088


Houston Inspection Services
14403 East Freeway A
Houston, TX 77015


Houston WE
11001 Wallisville Road
Houston, TX 77013

Humble I SD
P O Box 4020
Houston, TX 77210

HYTORC of Texas
12420 Texaco Road
Houston, TX 77013

IAH/AIM Corporate
27523 Morton Rd
Katy, TX 77493

ICS-Innovative Control
System
1500 Precision Drive Suite 150
Plano, TX 75074

IND Compressor Services
1314 W. Sam Houston Parkway North
Houston, TX 77043

Industrial
Supply/Dissolvalloy
21750 E Martin Drive
Porter, TX 77365

Infratel Communications
P O Box 91003
Houston, TX 77291

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

I PD
P O Box 3008
Los Angeles, CA 90030

I RS
Ogden, UT

Jetspecia
211 Market
Boerne, TX 78006

JGB Law
3262 Westheimer Suite 651
Houston, TX 77098

Justice of the Peace
300 N. Grant Room 208
Odessa, TX 79761

Kabbage
PO Box 77081
Atlanta, GA 30357

King Hardy
90 Wilson Rd
Humble, TX 77338

KUTEK ROCK LLPLP
P O Box 30057
Omaha, NE 68103

LA Energy
P O Box 9897
New Iberia, LA 70562


Litt Logistics
P O Box 1106
Huffman, TX 77336-1106


Loaded D I C
P O Box 13627
Odessa, TX 79768


M & P Flange
9426 Katy Freeway Bldg 11
Houston, TX 77055


Matthews, Shiels, Knott,
Eden, Davis & Beanland,
L.L.P.
8131 LBJ Freeway Suite 700
Dallas, TX 75251

Millcorp Industrial Supply
P O Box 10266
Corpus Christi, TX 78409


Miller Engineers
7705 E. Highway 90
Jeanerette, LA 70544


Mitrowski Welding
1315 College Avenue
South Houston, TX 77587

MP Security
1102 Houston Street
Conroe, TX 77301

MSI Supply
108 Hirsch Road
Houston, TX 77020

Mustang CA
P O Box 1373
Houston, TX 77251-1373

NFR Global, LLC
8871 Ridgeline Blvd. Suite 250
Littleton, CO 80129

Matt Norris
15715 Ladino Run Street
Cypress, TX 77429

North Houston Valve
27228 E. Hardy Road
Spring, TX 77373

Northside Welding
13322 Hillside Drive
Houston, TX 77030

OW Excel Oildfield Equipment
13227 Chrisman Rd
Houston, TX 77039-4121

Peerless Dynamics
1802 Cloud Croft Drive
Friendswood, TX 77546

Jeff Pena
1255 North Eddie
Odessa, TX 79763

Perdue, Brandon, Fielder,
Collins & Mott, L.L.P.
1235 North Loop West Suite 600
Houston, TX 77008

Petronyx
3501 N. Causeway Blvd. Suite 210
Metairie, LA 70002

Phoenix Mechanical Integrity
P O BOX 645
Dover, TN 37058

Power Solutions
201 Mittel Drive
Wood Dale, IL 60191

Powershift Generation
35 Charlton Avenue
Blackfalds Alberta, Canada

Powertherm
7420 Wright Road
Houston, TX 77041

Praxair
6620 Fairbanks N. Houston Road
Houston, TX 77040


Principal Life Insurance
Company
P O Box 10372
Des Moines, IA 50306


Puffer Sweiven
P O B0x 301124
Dallas, TX 75303-1124


Pyron Expr
2712 Roger Avenue
Odessa, TX 79762


Queen Funding LLC
2221 NE 164 St 1144
North Miami Beach, FL 33160


Quest -Tec
13960 S. Wayside Drive
Houston, TX 77048


React Power Solutions, LLC
5121 Hilton view Rd
Houston, TX 77086


RED-D-ARC welding
1817 Federal Road
Houston, TX 77015

Richard P. Brown
1911 Mossback Circle
Fresno, TX 77545

ROC - HOUSTON
1200 Binz Suite 101
Houston, TX 77004

Rogers Equipment Sales
690 Sawmill Road
Durango, CO 81301

Rogue Waste Recovery &
Environmental
P O Box 258
Conroe, TX 77305

RSD Supply
13225 FM 529 Suite N
Houston, TX 77041

S I Energy
666 Goddard Avenue NE
Calgary, Alberta, Canada T2K 5X3

Santini Ex
P O Box 15275
Houston, TX 77220

Schoeppl Law, P.A.
4651 North Federal Highway
Boca Raton, FL 33431

Select Environmental
P O Box 732711
Dallas, TX 75373

Service Steel
P O Box 9607
Houston, TX 77213

Shackleford, Bowen, McKinley
& Norton, LLP
9201 N. Central Expressway 4th Floor
Dallas, TX 75231

Sherwin Williams
3103 A FM 1960 W.
Humble, TX 77338

Small Claims Court
Precinct 3, Place 2
Baytown, TX 77521

Smith Road Lot 6, LP
7720 Westview Drive
Houston, TX 77055-5029

Snow Spence Green, LLP
2929 Allen Parkway Suite 2800
Houston, TX 77019

Southern Transport
P O Box 1550
Kilgore, TX 75663

Bill Spitz
11530 Brittmore Park Drive
Houston, TX 77041

Spring Gas
9337 Spring Cypress Road
Houston, TX 77073

Spring Gas Compression
9337 Spring Cypress Rd. Suite A
Spring, TX 77379

SST Security Transport
14601 S. Memorial Drive
Bixby, OK 74008

ST South T
P O Box 7616
Victoria, TX 77903

Steel Supply
10600 Telephone Road
Houston, TX 77075

Stinson Leonard Street LLP
50 South Sixth Street Suite 2600
Minneapolis, MN 55402

Stone Trucking
P O Box 700
Kiefer, OK 74041

Stuart Hos
4851 Homestead Road
Houston, TX 77028

Mike Sullivan
P O Box 4622
Houston, TX 77210

Sunbelt Rental
P O Box 409211
Atlanta, GA 30384

Sundance F
P O Box 2495
Spring, TX 77383

TB Woods
440 N. Fifth Avenue
Chambersburg, PA 17201

TCA Capital
777 Third Avenue Suite 17A
New York, NY 10017

Texas Mutal Insurance
Company
P O Box 841843
Dallas, TX 75284-1843

The Eads
13843 Promenade Blvd 100
Stafford, TX 77477

The Savino Group
1810 W. 25th Street
Houston, TX 77008

The Yoes Law , LLP
3535 Calder Avenue Suite 235
Beaumont, TX 77726

Torc Engineering
3931 N. Garner Lake Road
Gillette, WY 82716

Joe Torres
P O Box 842623
Houston, TX 77084

Travelers Insurance
P O Box 660317
Dallas, TX 75266-0317

TRF Energy
21315 W. Hardy
Houston, TX 77073

Trio Fab In
6515 Carson Road
Houston, TX 77048

Truespec
14107 Interdrive W.
Houston, TX 77032

TSC Logist
111 Founders Drive Suite 300
Baton Rouge, LA 70810

United Vis
P O Box 975357
Dallas, TX 75397-5357

UPS Shipping
55 Glenlake Parkway NE
Atlanta, GA 30328

UR-United
P O Box 840514
Dallas, TX 75284-0514

USA Industrial
302 State Street
South Houston, TX 77587

Ven Holdings LLC
3371 North Sam Houston Pkwy
Houston, TX 77038

WEG Electric
6655 Sugarloaf Parkway
Duluth, GA 30097

Westair Praxair Distribution, Inc
P O BOX 120889
Dallas, TX 75312-0889

WF Steel
P O Box 670563
White Oak, TX 75693


White Oak Radiator
P O Box 606
White Oak, TX 75693


Who The Greeks Call, LLC
P O Box 80933
Midland, TX 79708